IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Rebecca Aviles, | : | |
| | : | |
| Plaintiff, | : | No. 18-cv-12014-JHR-JS |
| | : | |
| v. | : | |
| | : | |
| Uptown Bakeries, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Rebecca Aviles, by and through her undersigned attorney, hereby voluntarily dismisses Defendant Uptown Bakeries, without prejudice pursuant to Fed. R. Civ. P. 41 (a).


DATED:  August 20, 2018            LAW OFFICES OF ERIC A.
                                   SHORE, P.C.

                                   BY: _____
                                   Graham F. Baird, Esq.
                                   Two Penn Center, Suiter 1240
                                   1500 John F. Kennedy Boulevard
                                   Philadelphia, PA 19102
                                   (267) 546-0131
                                   grahamb@ericshore.com
                                   *Attorney for Plaintiff, Rebecca Aviles*

1

## CERTIFICATE OF SERVICE

 On this date, I hereby certify that I filed the foregoing document on the Court's ECF system.

DATED: _August 20, 2018_     **LAW OFFICES OF ERIC A. SHORE, P.C.**

BY: _____
Graham F. Baird, Esq.
Two Penn Center, Suiter 1240
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(267) 546-0131
grahamb@ericshore.com
*Attorney for Plaintiff, Rebecca Aviles*

2